Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
E-Mail: efogderude1@yahoo.com

Attorney for Defendant, BELINDA HEARN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-00041 OWW |
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT BELINDA |
| vs. | ) | HEARN'S PERSONAL APPEARANCE |
| | ) | |
| BELINDA HEARN | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant hereby waives the right to be present in person in open court for a hearing upon a question of law, a status conference, and pre-trial conference. Defendant hereby requests the court to proceed during her absence on every occasion which the court may permit pursuant to this waiver, and agrees that her interests will be deemed represented at all time by the presence of her attorney, the same as if Defendant were personally present. This request is made pursuant to Fed.R. Crim.P. 43(b)(3).

Defendant, BELINDA HEARN works and resides in Myrtle, Mississippi. Currently she is the custodial parent of her minor child who is one year old.

```
DATED: April 1, 2008              /s/ Belinda Hearn
                                  BELINDA HEARN
                                  1147 County Road 54
                                  Myrtle, Mississippi 38650


APPROVED:
Dated: April 1, 2008              Respectfully submitted,
                                  FLETCHER & FOGDERUDE, INC.


                                   /s/ Eric K. Fogderude
                                  ERIC K. FOGDERUDE
                                  Attorney for Defendant,
                                  BELINDA HEARN
```

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Defendant's appearance may be waived for hearing upon a question of law, status conferences, and pre-trial conferences unless otherwise ordered by the court.

IT IS SO ORDERED.

Dated: **April 2, 2008**            /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE